## CERTIFICATE OF SERVICE

I, Colin R. Robinson, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint were made November 20, 2019 by:

☒ Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

**SEE ATTACHED SERVICE LIST**

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                          (name of state)

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: November 20, 2019                 */s/ Colin R. Robinson*
                                                              Colin R. Robinson (DE Bar No. 5524)
                                                              PACHULSKI STANG ZIEHL & JONES LLP
                                                              919 North Market Street, 17th Floor
                                                              P O Box 8705
                                                              Wilmington, DE  19899-8705 (Courier 19801)

Woodbridge Adv. Service List

**First Class Mail**
BILLY McNEESE
83650 MORRIS ROAD
HILLIARD, OH  43026

**First Class Mail**
SALLY McNEESE
8360 MORRIS ROAD
HILLIARD, OH  43026