## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1] | Case No. 17-12560 (BLS) |
| Remaining Debtors. | (Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*, | Adversary Proceeding Case No. 19-50883 (BLS) |
| Plaintiff, | **Ref. Adv. Docket Nos. 15, 24** |
| vs. | |
| BILLY MCNEESE; SALLY MCNEESE, | |
| Defendants. | |

## OMNIBUS NOTICE OF WITHDRAWAL OF (I) PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT; AND (II) PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

**PLEASE TAKE NOTICE** that the Woodbridge Liquidation Trust hereby withdraws without prejudice *Plaintiff's Request for Entry of Default* [Adv. Docket No. 15], filed on June 24, 2020 and the *Plaintiff's Motion for Default Judgement* [Adv. Docket No. 24], filed on March 25, 2021 with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801.

Dated:  March 30, 2021

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Richard M. Pachulski (CA Bar No. 90073)
Andrew W. Caine (CA Bar No. 110345)
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
919 North Market Street, 17th Floor, P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  rpachulski@pszjlaw.com
           acaine@pszjlaw.com
           bsandler@pszjlaw.com
           crobinson@pszjlaw.com

*Counsel for the Woodbridge Liquidation Trust*

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172).  The Remaining Debtors' mailing address is 14140 Ventura Boulevard, #302, Sherman Oaks, California 91423.